# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  JUANITA PRETZ & DARYL E. PRETZ                    Case Number: 04-75600
        107 AUSTIN ST. SW
        CEDAR RAPIDS, IA  52404                   SSN-xxx-xx-8849 & xxx-xx-0895

                                                  Case filed on:        11/10/2004
                                                  Plan Confirmed on:     1/21/2005
                              P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $24,160.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 000 | ATTORNEY JACQUELINE MONTVILLE | 994.00 | 994.00 | 994.00 | 0.00 |
|  | Total Legal | 994.00 | 994.00 | 994.00 | 0.00 |
|  |  |  |  |  |  |
| 999 | JUANITA PRETZ | 0.00 | 0.00 | 40.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 40.00 | 0.00 |
|  |  |  |  |  |  |
| 001 | AMCORE BANK NA | 10,500.00 | 10,500.00 | 10,500.00 | 908.47 |
|  | Total Secured | 10,500.00 | 10,500.00 | 10,500.00 | 908.47 |
|  |  |  |  |  |  |
| 001 | AMCORE BANK NA | 8,595.67 | 8,595.67 | 2,543.27 | 0.00 |
| 002 | SHERMAN ACQUISITION DBA | 3,365.05 | 3,365.05 | 995.64 | 0.00 |
| 003 | FIRST NATIONAL BANK | 22,394.62 | 22,394.62 | 6,626.05 | 0.00 |
|  | Total Unsecured | 34,355.34 | 34,355.34 | 10,164.96 | 0.00 |
|  |  |  |  |  |  |
|  | Grand Total: | 45,849.34 | 45,849.34 | 21,698.96 | 908.47 |

Total Paid Claimant:      $22,607.43
Trustee Allowance:        $1,552.57          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:   29.59          discharging the trustee and the trustee's surety from any and all
                                         liablility on account of the within proceedings, and closing the estate,
                                         and for such other relief as is just.  Pursuant to FRBP, I hereby
                                         certify that the subject case has been fully administered.

        Report Dated:

                                          /s/ Lydia S. Meyer
                                         Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 04/18/2008              By   /s/Heather M. Fagan